UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND BRALEY, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. 1:22-cv-00393-JAW |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
|    Defendant ) | |

## JUDGMENT

In accordance with the Order Accepting the Recommended Decision of the Magistrate Judge issued by U.S. District Judge John A. Woodcock, Jr., dated April 23, 2024, the Commissioner's decision is AFFIRMED.

CHRISTA K. BERRY, CLERK

By: /s/ Joanne McCue
    Deputy Clerk

Dated: April 23, 2024